# Third District Court of Appeal

## State of Florida

Opinion filed June 22, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1671
Lower Tribunal No. 21-283
_____

**P.M., a juvenile,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Dawn Denaro, Judge.

Carlos J. Martinez, Public Defender, and Nicholas A. Lynch, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Kseniya Smychkouskaya, Assistant Attorney General, for appellee.

Before LOGUE, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>Muhammad v. State</u>, 99 So. 3d 964, 964 (Fla. 3d DCA 2011) ("The State's election to nolle pros the defendant's organized fraud conviction after the jury returned a verdict is a nullity and shall have no effect upon remand.").